No. 86–5411.   WHITE *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 86–5412.   GRUBOWSKI *v.* GRUBOWSKI.   Ct. Sp. App. Md. Certiorari denied.

No. 86–5413.   D'ZESATI *v.* CALIFORNIA STATE UNIVERSITY, SACRAMENTO, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–5415.   SPALLA *v.* FOLTZ, ADMINISTRATOR, MICHIGAN DEPARTMENT OF CORRECTIONS.   C. A. 6th Cir.   Certiorari denied.

No. 86–5421.   DIXSON *v.* QUARLES, SUPERINTENDENT, HURON VALLEY WOMEN'S FACILITY.   C. A. 6th Cir.   Certiorari denied.

No. 86–5422.   SMITH *v.* HENSEL, SUPERVISOR, OFFICE OF PROBATION AND PAROLE FOR WHATCOM COUNTY, WASHINGTON, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–5425.   HAVENS *v.* INDIANA ET AL.   C. A. 7th Cir. Certiorari denied.

No. 86–5428.   WILLIAMS *v.* VASQUEZ, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 86–5433.   BAGLEY *v.* IOWA.   Ct. App. Iowa.   Certiorari denied.

No. 86–5437.   CLINTON *v.* GEORGIA PORTS AUTHORITY.   C. A. 11th Cir.   Certiorari denied.

No. 86–5438.   WARREN *v.* ALLGOOD ET AL.   C. A. 11th Cir. Certiorari denied.

No. 86–5440.   ALVES *v.* HAMILTON, FULTON, AND MONTGOMERY COUNTIES BOCES ET AL.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 86–5446.   TUCKER *v.* SPEARS, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–5447.   FEGLEY *v.* MCCLAIN, JUDGE.   C. A. 6th Cir. Certiorari denied.